# United States Court of Appeals for the Federal Circuit

---

**VOLVO PENTA OF THE AMERICAS, LLC,**
*Appellant*

**v.**

**BRUNSWICK CORPORATION,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1765

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01512.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

August 24, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court